USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-19-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

      -v.-

JON BARRY THOMPSON,

      Defendants
-------------------------------------X

19 Civ. 9052 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the consent of all relevant parties, the Government's application to intervene in the above entitled matter and to stay the matter in its entirety until the conclusion of the parallel criminal case, <u>United States v. Jon Barry Thompson</u>, 19 Cr. 698 (ER) (the "Criminal Case") [dkt. no. 9], is granted.

SO ORDERED.

Dated:    New York, New York
           November 19, 2019

                                _____
                                Loretta A. Preska
                                Senior U.S. District Judge