UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY     FUTURES     TRADING COMMISSION, | |
| Plaintiff, | 19 Civ. 9052 (LAP) |
| -against- | ORDER |
| JON BARRY THOMPSON, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed the CFTC's letter motion dated October 1, 2020, seeking to lift the stay in the above-captioned action in light of the resolution of Defendant Jon Barry Thompson's parallel criminal case.  (See dkt. no. 12.)  Mr. Thompson consents to the CFTC's motion.  The CFTC's motion is accordingly granted; the stay previously entered by the Court (dkt. no. 11) is lifted.

**SO ORDERED.**

Dated:     New York, New York
           October 1, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1