UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Commodity Futures Trading
Commission,
                Plaintiff(s),

19 cv 9052 (LAP)

ORDER

         -against-

John Barry Thompson,
                Defendant(s).
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than September 27, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

                            *Loretta A. Preska*

                            LORETTA A. PRESKA,
                            Senior U.S.D.J.

Dated: 9/21/23
New York, New York